THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL BARQUET<br><br>        Defendant. | No. CR23-171 RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THIS MATTER has come before the Court on the motion of Brent Hart to withdraw as counsel for MICHAEL BARQUET and for appointment of substitute counsel from the CJA Panel. The Court has considered the motion and records in this case and finds there are compelling reasons to permit the withdrawal of counsel.

THEREFORE, THE COURT ORDERS that Brent Hart and Hart Jarvis Murray Chang PLLC be allowed to withdraw from the case.

IT IS FURTHER ORDERED that substitute counsel shall be appointed from the Criminal Justice Act Panel.

Withdrawing counsel shall notify the CJA Panel coordinator immediately of this Order.

///

///

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL AND FOR APPOINTMENT OF
NEW COUNSEL
(*US v. Barquet;* CR23-171 RSM) - 1

**HART JARVIS MURRAY CHANG PLLC**
**155 NE 100th street Suite 210**
**Seattle, WA 98125**
**(206) 661-1811**

DONE this 17th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Brent Hart*
Hart Jarvis Murray Chang PLLC
#WSBA 30368

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL AND FOR APPOINTMENT OF
NEW COUNSEL
(*US v. Barquet;* CR23-171 RSM) - 2

**HART JARVIS MURRAY CHANG PLLC**
**155 NE 100th street Suite 210**
**Seattle, WA 98125**
**(206) 661-1811**