UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BARQUET,<br><br>Defendant. | Case No.  CR23-171RSM<br><br>**ORDER ON DEFENDANT'S UNOPPOSED SECOND MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS FILING DATE** |

THE COURT having considered the motion for continuance of the trial date, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date is extended from October 21, 2024 to April 14, 2025. Pretrial motions shall be filed by March 6, 2025.

ORDER - 1

IT IS FURTHER ORDERED THAT the time period between the date of this order, and the new trial date is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DATED this 3rd day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2