1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL ANTHONY BARQUET,

Defendant.

Case No. CR23-171RSM

ORDER CONTINUING TRIAL

16

17

18

19

20

21

22

23

24

25

26

27

28

The court has considered the unopposed motion by the defendant to continue the trial date and pretrial motions deadline and finds that:

a. taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective presentation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. 3161(h)(7)(B)(iv);

b. a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. 3161(h)(7)(B)(I);

c. the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER CONTINUING TRIAL - 1

1        d. the ends of justice will best be served by a continuance, and the ends of justice

2    outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18

3    U.S.C. 3161(h)(7)(A);

4        e. the additional time requested between the current trial date of April 14, 2025, and the

5    new trial date is necessary to provide counsel for the defendant the reasonable time necessary to

6    prepare for trial, considering counsel's schedule and all of the facts set forth above; and

7        f. that the period of delay from the date of this order to the new trial date is excludable

8    time pursuant to 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

9        IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to

10   November 10, 2025, and that the pretrial motions shall be filed no later than October 6, 2025.

11

12       DATED this 20th day of March, 2025.

13

14

15       RICARDO S. MARTINEZ
         UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL - 2